## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Truvan Thomas, et al.

                                    Plaintiff,

v.                                                                                                  Case No.: 1:16−cv−11757
                                                                                                Honorable John J. Tharp Jr.

Chicago Messenger Service, Inc.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2018:

        MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Plaintiff's counsel did not appear. Defendant reports that the parties have reached a settlement. Defendant's agreed oral motion to dismiss the case without prejudice and with leave to file a motion to reinstate by 6/15/18 is granted. Absent a timely motion to reinstate, the dismissal will convert to a dismissal with prejudice without further action of the Court. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.